# Law Offices of Eliot F. Bloom, P.C.

1551 KELLUM PLACE
2nd FLOOR
MINEOLA, NEW YORK 11501
Tel (516) 739-5300 Fax (516) 739-3202
E-MAIL: eb.efbesq@gmail.com
WWW.EFBLOOM.COM

ELIOT F. BLOOM

LEGAL ASSISTANT
RAJVEER KAUR

**By ECF**

April 23, 2015

Honorable Steven I. Locke
United States Magistrate Judge
United States District Court
Eastern District Court
100 Federal Plaza
Central Islip, New York 11722

    Re:   *Tahir Choudry a/k/a Choudry Tahir Awan v. Hamid Khan Durrani et al*
            Case No.: 14-CV-4562

Dear Judge Locke:

    I write in response to Defendants letter requesting an extension of time to file opposition papers to Plaintiff's Motion for Summary Judgment.

    The Defendants opposition was due on April 20, 2015. On that date, Mr. Davis contacted me and requested additional time to submit opposition papers. After a discussion with my client he allowed me to give him until today April 23, 2015, to submit opposition.

    My client objects to any additional time being given to the Defendants because we are concerned the Defendant is trying to use the additional time to transfer and conceal assets.

    Thank you for your attention to this matter.

Very truly yours,

Eliot F. Bloom

Cc:   By ECF
       Alan M. Davis, Esq.
       121-B West Oak Street
       Amityville, New York 11701